193 So. 187

**Mary L. GLADDEN, Adm'x, v. COLUMBIANA SAVINGS BANK.**

6 Div. 606.

Supreme Court of Alabama.

Dec. 21, 1939.

Application for Rehearing Stricken Jan. 18, 1940.

M. B. Grace, of Birmingham, for petitioner.

Paul O. Luck, of Columbiana, opposed.

KNIGHT, Justice.

This cause comes before us on petition of Mary L. Gladden, as Administratrix, etc., for writ of certiorari to the Court of Appeals to review and revise the opinion and judgment of said court in the case of Mary L. Gladden, as Administratrix, v. Columbiana Savings Bank, 193 So. 185.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.